# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

———————

No. 11-1596

———————

| | | |
|---|---|---|
| Silvia Esparza-Gaytan, | * | |
| | * | |
| Petitioner, | * | |
| | * | Petition for Review of an |
| v. | * | Order of the |
| | * | Board of Immigration Appeals. |
| Eric H. Holder, Jr., Attorney General | * | |
| of the United States, | * | [UNPUBLISHED] |
| | * | |
| Respondent. | * | |

———————

Submitted: December 5, 2011
Filed: December 8, 2011

———————

Before WOLLMAN, SMITH, and GRUENDER, Circuit Judges.

———————

PER CURIAM.

Mexican citizen Silvia Esparza-Gaytan petitions for review of an order of the Board of Immigration Appeals (BIA), which affirmed an immigration judge's decision to deny her motion to reopen removal proceedings. After careful review, we conclude that the BIA did not abuse its discretion in denying Esparza-Gaytan's motion to reopen. See Valencia v. Holder, 657 F.3d 745, 748 (8th Cir. 2011) (standard of review); Patel v. Holder, 652 F.3d 962, 969 (8th Cir. 2011) (discussing when presumption of effective service arises and how it may be rebutted). Accordingly, we deny the petition for review. See 8th Cir. R. 47B.

———————————————